## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 20-CV-61554-RAR

Plaintiff:
**Sandra Gomez**

vs.

Defendant:
**Harris & Harris, Ltd., Inc.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@, tom@,bryon@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by ALL BROWARD PROCESS CORP. on the 18th day of August, 2020 at 11:56 am to be served on **Harris & Harris, Ltd., Inc. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **19th day of August, 2020** at **10:10 am, I:**

**CORPORATE:**  served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Exhibit, Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **RONNIE LONG** as **AUTHORIZED REPRESENTATIVE**  for the Registered Agent of Harris & Harris, Ltd., Inc. c/o Corporation Service Company  at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**ALL BROWARD PROCESS CORP.**
**701 NORTH FIG TREE LANE**
**PLANTATION, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020002054
Ref: 2020002054

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SANDRA GOMEZ <br><br> *Plaintiff(s)* <br> v. <br> HARRIS & HARRIS, LTD., INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  20-cv-61554-RAR |

**SUMMONS IN A CIVIL ACTION**

Date: 8/19/2e   Time: [e/es
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

To: *(Defendant's name and address)*  HARRIS & HARRIS, LTD., INC.
CORPORATION SERVICE COMPANY
1201 HAYS ST.
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jibrael S. Hindi, Esq.
> E-mail: jibrael@jibraellaw.com
> Phone: 954-907-1163
> Law Offices of Jibrael S. Hindi, PLLC
> 110 S.E. 6th Street, Suite 1700
> Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  08/03/2020

*s/ Maria Cruz*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court